**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

**MIGENA GJONAJ,**

        Plaintiff,

v.

**C & R MAINTENANCE, INC. d/b/a**
**RIZZO SERVICES, CHARLES RIZZO, SR.**
**And CHARLES RIZZO, JR.,**

        Defendants.

Case No.: 2:08-CV-10315

Honorable Paul D. Borman

Referral MJ: Steven D. Pepe

_____/

| **MILLER COHEN, P.L.C.** | **SCHWARTZ LAW FIRM** |
|---|---|
| Bruce A. Miller (P17746) | Jay A. Schwartz (P45268) |
| Robert F. Fetter (P68816) | Susan Leigh Brown (P41128) |
| Counsel for Plaintiff | Attorneys for Defendants |
| 600 West Lafayette Blvd – 4th Floor – Suite A | 37887 West Twelve Mile Rd. |
| Detroit, Michigan 48226 | Farmington Hills, Michigan 48331 |
| (313) 964-4454/964-4490 fax | (248) 553-9400 |

_____/

### STIPULATED ORDER TO EXTEND TIME LIMITS FOR RESPONSIVE PLEADINGS

The parties through their respective counsels hereby stipulate that the time for Plaintiff/Counter-Defendant to file responsive pleadings to Defendants/Counter-Plaintiff's Counterclaim is extended. The deadline for Plaintiff/Counter-Defendant to file her responsive pleadings is May 15, 2008.

**IT IS SO ORDERED.**

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: April 30, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 30, 2008.

                              s/Denise Goodine

                              Case Manager

Agreed as to form and substance:

| s/Robert D. Fetter w/consent | s/Susan Leigh Brown |
|---|---|
| Robert D. Fetter (P68816) | Susan Leigh Brown (P 41128) |
| Attorney for Plaintiffs | Attorney for Defendants |